

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Lacey Odell Taylor,

Vs. No. 11-18-00258-CR

The State of Texas,

\* From the 70th District Court
of Ector County
Trial Court No. A-16-1454-CR.

\* April 18, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.